No. 79–1989. CITIZENS PARTY ET AL. *v.* MANCHIN, SECRETARY OF STATE OF WEST VIRGINIA. Sup. Ct. App. W. Va. Motion of appellants to expedite consideration of the appeal and for emergency relief denied.

No. 79–395. UNITED STATES *v.* MORRISON. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 79–297. HORN, COMMISSIONER, DIVISION OF EMPLOYMENT SECURITY, DEPARTMENT OF LABOR AND INDUSTRY OF NEW JERSEY, ET AL. *v.* ROSS ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–375. WHITMIRE ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1035. NEW YORK SHIPPING ASSN., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.;

No. 79–1036. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO *v.* NATIONAL LABOR RELATIONS BOARD ET AL.;

No. 79–1099. TIDEWATER MOTOR TRUCK ASSN. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.;

No. 79–1109. HOUFF TRANSFER, INC. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL.; and

No. 79–1110. DOLPHIN FORWARDING, INC. *v.* INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari denied. Reported below: 198 U. S. App. D. C. 157, 613 F. 2d 890.